THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CERTAIN UNDERWRITERS at LLOYD'S, LONDON, Subscribing to Policies Numbered 8029663, 8001778, 8071754, 8072492, 8072737, and 8071620,<br><br>Plaintiffs,<br>v.<br><br>JEFF PETTIT, an individual,<br><br>Defendant. | IN ADMIRALTY<br><br>No. 2:17-cv-00259-RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE** |

## **STIPULATED MOTION**

The parties hereto, plaintiffs CERTAIN UNDERWRITERS at LLOYD'S, LONDON, Subscribing to Policies Numbered 8029663, 8001778, 8071754, 8072492, 8072737, and 8071620 and defendant Jeff Pettit, by and through their respective counsel, jointly move this Court for an order extending the disclosure of expert testimony deadline set forth in the Court's May 2, 2017 Order Setting Trial Date and Related Dates (Dkt. 11) from November 30, 2017 to December 8, 2017.

This is the parties' first request for an extension of a deadline in the Order Setting Trial Date and Related Dates. The parties do not seek and extension of any of the other case deadlines.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

STIPULATION AND ORDER TO
EXTEND DISCLOSURE DEADLINE- 1
2:17-cv-00259-RSM

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

DATED this 20th day of November, 2017.

| LEE SMART, P.S., INC. | NICOLL BLACK & FEIG PLLC |
|---|---|
| *Per E-Mail Authority* | |
| /s/ Donna M. Young | /s/ Chris P. Reilly |
| Donna M. Young, WSBA No. 15455 | Chris P. Reilly, WSBA No. 25585 |
| *Attorneys for Defendant Jeff Pettit* | *Attorneys for Plaintiff Certain Underwriters At Lloyds* |

# ORDER

Pursuant to the above stipulated motion, the Court hereby orders that the expert disclosure deadline in this matter be continued and extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 11/30/17 | 12/08/17 |

The remaining case deadlines, including the trial date, will remain unchanged.

DATED THIS 27 of November, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO
EXTEND DISCLOSURE DEADLINE- 2
2:17-cv-00259-RSM

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515