UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CERTAIN UNDERWRITERS at LLOYD'S, LONDON, Subscribing to Policies Numbered 8029663, 8001778, 8071754, 8072492, 8072737, and 8071620,<br><br>Plaintiffs,<br>v.<br><br>JEFF PETTIT, an individual,<br><br>Defendant. | IN ADMIRALTY<br><br>No. 2:17-cv-00259-RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DISCOVERY DEADLINES** |

## **STIPULATED MOTION**

The parties hereto, plaintiffs CERTAIN UNDERWRITERS at LLOYD'S, LONDON, Subscribing to Policies Numbered 8029663, 8001778, 8071754, 8072492, 8072737, and 8071620 and defendant Jeff Pettit, by and through their respective counsel, jointly move this Court for an order extending the discovery deadline set forth in the Court's May 2, 2017 Order Setting Trial Date and Related Dates (Dkt. 11) as set forth below:

///

///

///

STIPULATION AND ORDER TO
EXTEND DISCOVERY DEADLINE- 1
2:17-cv-00259-RSM

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | 01/02/2018 | 01/18/2018 |
| Discovery completed by | 01/29/2018 | 02/16/2018 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 13th day of December, 2017.

LEE SMART, P.S., INC.  
*Per E-Mail Authority*

/s/ Donna M. Young  
Donna M. Young, WSBA No. 15455  
*Attorneys for Defendant Jeff Pettit*

NICOLL BLACK & FEIG PLLC

/s/ Christopher W. Nicoll  
Christopher W. Nicoll, WSBA No. 20771  
Chris P. Reilly, WSBA No. 25585  
*Attorneys for Plaintiff Certain Underwriters At Lloyds*

STIPULATION AND ORDER TO
EXTEND DISCOVERY DEADLINE- 2
2:17-cv-00259-RSM

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

# ORDER

Pursuant to the above stipulated motion, the Court hereby orders that the discovery deadline in this matter be continued and extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | 01/02/2018 | 01/18/2018 |
| Discovery completed by | 01/29/18 | 02/16/18 |

The remaining case deadlines, including the trial date, will remain unchanged.

DATED THIS 14th day of December, 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO
EXTEND DISCOVERY DEADLINE- 3
2:17-cv-00259-RSM

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515