THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| CERTAIN UNDERWRITERS at LLOYD'S, LONDON, Subscribing to Policies Numbered 8029663, 8001778, 8071754, 8072492, 8072737, and 8071620,<br><br>Plaintiffs,<br>v.<br><br>JEFF PETTIT, an individual,<br><br>Defendant. | IN ADMIRALTY<br><br>No. 2:17-cv-00259-RSM<br><br>**STIPULATED MOTION AND ORDER TO EXTEND REBUTTAL EXPERT DISCLOSURE DEADLINE** |
|---|---|

## I. STIPULATED MOTION

The parties hereto, plaintiffs CERTAIN UNDERWRITERS at LLOYD'S, LONDON, Subscribing to Policies Numbered 8029663, 8001778, 8071754, 8072492, 8072737, and 8071620 and defendant Jeff Pettit, by and through their respective counsel, jointly move this Court for an order extending the deadline to disclose rebuttal expert witnesses/reports as set forth below:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for disclosing rebuttal expert disclosures/reports | 01/08/2018 | 01/12/2018 |

STIPULATION AND ORDER TO
EXTEND EXPERT REBUTTAL DEADLINE- 1
2:17-cv-00259-RSM

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

## II. RELEVANT FACTS AND BASIS FOR STIPULATED MOTION

The parties agree that there is good cause for this brief extension of the deadline for rebuttal expert disclosures in that some of the experts have been traveling over the holidays and one of them got stranded in the weather "bomb" on the East Coast.

## III. CONCLUSION

The parties jointly request that the Court permit disclosure of rebuttal reports on January 12 instead of January 8, 2018.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 5th day of January, 2018.

| LEE SMART, P.S., INC.<br>*Per E-Mail Authority* | NICOLL BLACK & FEIG PLLC |
|---|---|
| /s/ Donna M. Young<br>Donna M. Young, WSBA No. 15455<br>*Attorneys for Defendant Jeff Pettit* | /s/ Christopher W. Nicoll<br>Christopher W. Nicoll, WSBA No. 20771<br>Chris P. Reilly, WSBA No. 25585<br>*Attorneys for Plaintiff Certain Underwriters At Lloyds* |

STIPULATION AND ORDER TO
EXTEND EXPERT REBUTTAL DEADLINE- 2
2:17-cv-00259-RSM

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

**ORDER**

Pursuant to the above stipulated motion, the Court hereby orders that the Rebuttal Expert Witness Disclosure/Report deadline in this matter be continued and extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for disclosing rebuttal expert disclosures/reports | 01/08/2018 | 01/12/2018 |

The remaining case deadlines, including the trial date, will remain unchanged.

DATED THIS 8 day of January, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO
EXTEND EXPERT REBUTTAL DEADLINE- 3
2:17-cv-00259-RSM

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515