THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CERTAIN UNDERWRITERS at LLOYD'S, LONDON, Subscribing to Policies Numbered 8029663, 8001778, 8071754, 8072492, 8072737, and 8071620,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF PETTIT, an individual,<br><br>Defendant. | IN ADMIRALTY<br><br>No. 2:17-cv-00259-RSM<br><br>**STIPULATED MOTION AND ORDER TO AMEND CASE SCHEDULE** |

## I. INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rules 7(d)(1), 7(j), 10(g) and 16(b)(4) the parties, plaintiff CERTAIN UNDERWRITERS at LLOYD'S, LONDON, Subscribing to Policies Numbered 8029663, 8001778, 8071754, 8072492, 8072737, and 8071620 ("Plaintiffs" or "Underwriters"), and defendant, Jeff Pettit ("Defendant" or "Pettit") by and through their respective counsel, jointly move this Court for an order extending the trial date and pretrial deadlines set forth in the Court's May 2, 2017 Order Setting Trial Date and Related Dates (Dkt. 11) as follows:

STIPULATED MOTION AND ORDER
TO AMEND CASE SCHEDULE- 1
2:17-cv-00259-RSM

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| **BENCH TRIAL DATE** Length of Trial: 5 days | **May 29, 2018** | **October 29, 2018** |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | April 16, 2018 | June 29, 2018 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | May 1, 2018 | September 29, 2018 |
| Agreed pretrial order due | May 17, 2018 | October 17, 2018 |
| Pretrial conference to be scheduled by the Court. | | |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition testimony pursuant to LCR 32(e), and trial exhibits due | May 24, 2018 | October 25, 2018 |

## II.  RELEVANT FACTS AND BASES FOR STIPULATED MOTION

On April 9, 2018 the Courtroom Deputy notified Defendant that, due to a conflict on Judge Martinez's calendar, it was very unlikely that our trial would go forward as scheduled. The parties desire a fixed date in order to accommodate several experts and elderly witnesses who will be testifying at the trial. The Courtroom Deputy suggested the parties agree on a new trial date and she offered various dates. Of the dates offered by the Courtroom Deputy, the parties have selected a new trial date of October 29, 2018. The parties have also agreed on the revised pre-trial deadlines as set forth above. The plaintiff opposes other deadline extensions. The defendant reserves the right to move for an order extending the discovery motion deadline to June 7, 2018, the discovery deadline to June 29, 2018, and deadline for dispositive motions to July 27, 2018.

## III.  CONCLUSION

By this Motion, the parties propose new case deadlines in light of the Court's conflict with the current trial date. The parties therefore jointly request that the Court amend the case

STIPULATED MOTION AND ORDER
TO AMEND CASE SCHEDULE- 2
2:17-cv-00259-RSM

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

schedule as set forth above and in the concurrently filed Proposed Order, while reserving defendant's right to move for additional changes in the pretrial schedule.

Respectfully submitted this 23rd day of April, 2018.

NICOLL BLACK & FEIG PLLC

/s/ Christopher W. Nicoll
/s/ Chris P. Reilly
Christopher W. Nicoll, WSBA No. 20771
Chris P. Reilly, WSBA No. 25585
*Attorneys for Plaintiff Certain Underwriters At Lloyds*

LEE SMART, P.S., INC.
*Per E-Mail Authority*

/s/ Donna M. Young
Donna M. Young, WSBA No. 15455
*Attorneys for Defendant Jeff Pettit*

STIPULATED MOTION AND ORDER
TO AMEND CASE SCHEDULE- 3
2:17-cv-00259-RSM

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

# ORDER

Pursuant to the above stipulated motion, the Court hereby orders that the trial date and pre-trial deadlines in this matter be continued and extended as follows, reserving defendant's right to move to extend other pretrial deadlines:

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| **BENCH TRIAL DATE** Length of Trial: 5 days | **May 29, 2018** | **October 29, 2018** |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | April 16, 2018 | June 29, 2018 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | May 1, 2018 | September 29, 2018 |
| Agreed pretrial order due | May 17, 2018 | October 17, 2018 |
| Pretrial conference to be scheduled by the Court. | | |
| Trial briefs and proposed findings of fact and conclusions of law, designations of deposition testimony pursuant to LCR 32(e), and trial exhibits due | May 24, 2018 | October 25, 2018 |

DATED THIS 24 of April, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER
TO AMEND CASE SCHEDULE- 4
2:17-cv-00259-RSM

LAW OFFICES OF
NICOLL BLACK & FEIG
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515